# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston  **Category No.** II  **Investigating Agency** FBI
**City:** Dorchester
**County:** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: ___  Case No.: ___
- Same Defendant ___  New Defendant ___
- Magistrate Judge Case Number: 24-MJ-5130-JGD
- Search Warrant Case Number: 23-MJ-5368-JGD; 23-MJ-5370-JGD
- R 20/R 40 from District of: ___

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___   [ ] Yes  [✓] No

- **Defendant Name:** Bryan Horgan
- Juvenile: [ ] Yes  [✓] No
- Is this person an attorney and/or a member of any state/federal bar: [ ] Yes  [✓] No
- **Alias Name:**
- **Address:** Wyatt Correctional Facility
- **Birth date (Yr only):** 1965   **SSN (last 4#):** 6796   **Sex:** M   **Race:** White   **Nationality:** UNK
- **Defense Counsel if known:** Cara McNamara   **Address:** FD
- **Bar Number:**

**U.S. Attorney Information**
- **AUSA:** Jessica L. Soto   **Bar Number if applicable:** 683145

**Interpreter:** [ ] Yes  [✓] No   List language and/or dialect: ___

**Victims:** [✓] Yes  [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [✓] Yes  [ ] No

**Matter to be SEALED:** [ ] Yes  [✓] No

[ ] Warrant Requested   [ ] Regular Process   [✓] In Custody

**Location Status:** Wyatt
**Arrest Date:** 4/24/24

[ ] Already in Federal Custody as of 4/24/24 in ___
[ ] Already in State Custody at ___   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by: ___   on ___

**Charging Document:** [ ] Complaint   [ ] Information   [✓] Indictment
**Total # of Counts:** [ ] Petty ___   [ ] Misdemeanor ___   [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/13/2024   **Signature of AUSA:** *Jessica L. Soto*

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Bryan Horgan

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) | Possession of Child Pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013