UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                       )<br>)<br>BRYAN HORGAN,                          )<br>)<br>            Defendant.                      ) | Criminal No.: 24-10172-IT |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

Now comes the government in this matter and respectfully request that the sentencing hearing presently scheduled for September 25, 2025 be continued to a date during the week of October 20, 2025 or the following month. As reason for the request, the government avers that additional time is necessary to gather restitution requests and provide the requests to defense counsel. Pursuant to Crime Victims' Rights Act, 18 U.S.C. § 3771, victims have the right to restitution. Here, the government shared with defense counsel victim impact statements associated with victim pseudonyms on September 11, 2025. The government has not however yet received information regarding the real identities of the victims and therefore the victims have not been notified of their right to restitution in this case. The government anticipates receiving the names shortly and any restitution requests in the coming weeks. Thereafter, it will produce the requests to defense counsel. Moreover, Defendant is at no risk of overserving as the parties have entered into a plea agreement that includes a term of incarceration of 120 months for Defendant.

The government has conferred with defense counsel on this motion, and she assents to it.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Jessica L. Soto*
      Jessica L. Soto
      Assistant U.S. Attorney

Dated: September 15, 2025

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

*/s/ Jessica L. Soto*
Assistant U.S. Attorney

Dated: September 15, 2025