**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                              ) | Docket No 24-cr-10172-IT |
| ) | |
| ) | |
| BRYAN HORGAN              ) | |
| ) | |

**Exhibit A**
**To**
**Bryan Horgan's Sentencing Memorandum**

September 12, 2025

Honorable Judge Talwani
One Courthouse Way
Boston, MA 02210

Dear Judge Talwani;

Thank you for taking the time to read my letter. By way of introduction, I am Bryan Horgan's older brother. I believe that I have a perspective that not all family members of defendants have as I worked in corrections for over three decades. As the Superintendent of three different jails in Massachusetts, I came to know that many people who are incarcerated are there because they made bad decisions that negatively impacted themselves, their families and their communities.

First, let me state that I am aware of the seriousness of the crimes that Bryan has pleaded guilty to. In no way do I condone these actions and it has caused me to reflect a great deal on the impact on the victims. I know that you are or will be made aware of the specifics of his actions and of his prior conviction. The purpose of my letter is to tell you about some of Bryan's positive characteristics and to paint a more complete profile of who he is.

Bryan grew up in Boston as part of a large Irish Catholic family with traditional middle-class values. Like many in our neighborhood, he struggled with alcohol and drug use starting in his teenage years. These struggles continued throughout much of his adult life as Bryan made attempts at sobriety which not surprisingly resulted in relapses. Then in his early 50's, Bryan met his substance use disorder head on and became active in AA. He worked hard on his sobriety which he has maintained for over six years. I had the privilege of attending two of his anniversary meetings at AA and was struck by how many people came up to me to tell me how much of a positive influence Bryan had been on their journeys toward sobriety.

Bryan has also worked diligently in his career. He was a long-term employee at Boston City Hall where he worked for the Transportation Division. Bryan also worked for AIDS Action and Fenway Health where he made a difference for people who needed assistance with their health issues and co-occurring disorders. Most recently, Bryan was a sober house supervisor in Allston-Brighton.

Bryan is a believer in our democracy and has also been active in local politics. He served as a Campaign Manager for a City Council candidate in Boston and worked on

several candidates' campaigns to further his beliefs of equality for all, especially marginalized populations.

In closing, I would like you to know that I will always be Bryan's brother and will be there for him during and after his incarceration. It is my hope and belief that he is capable of making a positive impact in the community after his sentence.

If you need any additional information, please do not hesitate to contact me at ███ ███.

Sincerely,

*[signature]*

Gerard J. Horgan, Jr.